1
2
3
4
5

Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
LAURA LOPEZ

6
7
8

9
10

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

11

LAURA LOPEZ,                                    )
                                                )
12                          Plaintiff,           )   **Case No.: 2:19−CV−02411−KJM−EFB**
                                                )
13              v.                               )
                                                )   **PLAINTIFF'S COMPLAINT**
14   GC SERVICES, LIMITED PARTNERSHIP, )
                                                )
15                          Defendant.           )
                                                )
16                                              )
                                                )
17 _____ )

**NOTICE OF SETTLEMENT**

18

        Plaintiff, LAURA LOPEZ, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs

19
20   this Honorable Court that the Parties have reached a settlement in this case.  Plaintiff anticipates

21   dismissing this case, with prejudice, within 30 days.

22                                      Respectfully submitted,

23          DATED:  December 23, 2019      AGRUSS LAW FIRM, LLC

24

25                                      By /s/ Michael S. Agruss
                                            Michael S. Agruss
26                                          Attorney for Plaintiff
27                                          DAVID LIN

28

1

## <u>CERTIFICATE OF SERVICE</u>

On December 23, 2019, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.

By <u>/s/ Michael S. Agruss</u>
Michael S. Agruss