Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
LAURA LOPEZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| LAURA LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GC SERVICES, LIMITED PARTNERSHIP,<br><br>　　　　Defendant. | Case No.: **2:19−CV−02411−KJM−EFB** |

**NOTICE OF VOLUNTARY DISMISSAL**

　　Plaintiff, LAURA LOPEZ, ("Plaintiff"), through her attorney, Michael S. Agruss, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, GC SERVICES, LIMITED PARTNERSHIP.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED:  January 22, 2020　　　　AGRUSS LAW FIRM, LLC


　　　　　　　　　　　　　　　　　　By /s/ Michael S. Agruss
　　　　　　　　　　　　　　　　　　　　Michael S. Agruss
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　LAURA LOPEZ

1

**CERTIFICATE OF SERVICE**

    On January 22, 2020, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.


By /s/ Michael S. Agruss
Michael S. Agruss